■■■ MARK C. SMELTS, Respondent, v DEPUTY MONROE COUNTY SHERIFF BRIDGET O'HARA, Appellant, et al., Defendant. [753 NYS2d 921] —Appeal from an order of Supreme Court, Monroe County (Cornelius, J.), entered March 5, 2002, which, inter alia, denied the cross motion of defendant Deputy Monroe County Sheriff Bridget O'Hara for summary judgment dismissing the complaint.

It is hereby ordered that the order so appealed from be and the same hereby is unanimously affirmed without costs.

Memorandum: Supreme Court properly determined that a three-year statute of limitations is applicable to this personal injury action arising out of an automobile accident involving plaintiff's vehicle and a vehicle that was being pursued by Deputy Monroe County Sheriff Bridget O'Hara (defendant) (*see Eidman v County of Monroe*, 177 AD2d 996; *Brady v Woodworth*, 117 AD2d 995; *Dixon v Seymour*, 62 AD2d 444, 449-450). Contrary to defendant's contention, the holding in *Saarinen v Kerr* (84 NY2d 494, 497) has no bearing on the applicable statute of limitations (*cf. Adams v County of Rensselaer*, 66 NY2d 725, 726-727). Present—Pigott, Jr., P.J., Green, Scudder, Gorski and Lawton, JJ.

■■■ DAVID K. AHL, Appellant, v COMMONWEALTH LAND TITLE INSURANCE COMPANY, Respondent. [755 NYS2d 149] —Appeal from an order of Supreme Court, Monroe County (Siracuse, J.), entered May 7, 2002, which denied plaintiff's motion for summary judgment and granted defendant's cross motion seeking summary judgment dismissing the complaint.

It is hereby ordered that the order so appealed from be and the same hereby is unanimously affirmed without costs.

Memorandum: Supreme Court properly denied plaintiff's motion for summary judgment and granted defendant's cross motion seeking summary judgment dismissing the complaint. Plaintiff's title insurance policy with defendant specifically excluded the disputed encroaching parcel. Consequently, defendant has no duty to indemnify plaintiff in the underlying action commenced by plaintiff against his neighbor (*see McNichol Enters. v First Fin. Ins. Co.*, 284 AD2d 964, 965). Present—Pigott, Jr., P.J., Green, Scudder, Gorski and Lawton, JJ.